USCA1 Opinion

 

 July 9, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1057 RICHARD A. COLE, M.D., Petitioner, v. THOMAS J. WEADOCK, JR., Chief Probation Officer, U.S. District of Massachusetts, Respondent. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Richard A. Cole, M.D. F.A.C.P. on brief pro se. ______________________________ Donald K. Stern, United States Attorney, and Jeffry Fowley, _______________ _____________ Special Assistant United States Attorney, on brief for respondent. ____________________ ____________________ Per Curiam. We have considered the parties' briefs and __________ the record on appeal. We affirm essentially for the reasons stated in the magistrate judge's report and recommendation, dated November 14, 1995, which was accepted and adopted by the district court in an order, dated November 30, 1995. In addition, we find neither error of law nor abuse of discretion in the district court's denial of appellant's subsequent motion filed pursuant to Fed. R. Civ. P. 60(b). Affirmed. See 1st Cir. R. 27.1. _________ ___